UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SANDRA E. MAZZONI,<br>  7342 Cleargrove Drive<br>  Downey, CA 90240<br><br>        Plaintiff,<br><br>    v.<br><br>STEVEN C. PRESTON,<br>  Administrator,<br>  Small Business Administration<br>  Washington, D.C. 20416<br><br>        Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)  C.A. No.:<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## COMPLAINT AND DEMAND FOR JURY TRIAL

### Preliminary Statement

1.) This is an action by Plaintiff, Sandra E. Mazzoni, a highly respected and successful Criminal Investigator (Special Agent) at the GS-13 level, who is employed in the Headquarters Office of the Western Region of the Investigations Division of the Office of the Inspector General ("OIG"), Small Business Administration ("SBA"), in Los Angeles, California.

2.) Ms. Mazzoni has served as a Criminal Investigator for over ten years; has earned outstanding performance ratings as well as awards and commendations from SBA OIG and the President's Council on Integrity and Efficiency; and has cultivated highly productive relationships for SBA with fellow law enforcement agencies and the U.S. Attorneys' Offices.

1

3.)   Ms. Mazzoni is a Hispanic female and, until after she initiated the administrative complaint process in 2006, was the only female Hispanic Special Agent employed by the SBA OIG.

4.)   On or about March 19, 2006, Ms. Mazzoni applied for the position of Criminal Investigator (Senior Special Agent) (SSA), GS-1811-14, posted under SBA OIG General Vacancy 06-4113-13.  Ms. Mazzoni was qualified for the SSA position, and was interviewed by Daniel Sanchez, Special Agent in Charge for the Western Region, and Daniel O'Rourke, Assistant Inspector General of Investigations (AIGI).  Mr. Sanchez, the selecting official, selected Ms. Mazzoni for the SSA position.  However, Mr. O'Rourke overruled Mr. Sanchez's selection of Ms. Mazzoni, and instead directed Mr. Sanchez to pass over Ms. Mazzoni and select Ms. Kari Overson, a less qualified, Caucasian female, on account of Ms. Mazzoni's race/national origin.

5.)   This case arises under Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. § 2000e-16, and seeks redress for defendant's discrimination towards Ms. Mazzoni.

6.)   To remedy Defendant's unlawful conduct, Plaintiff seeks a.) declaratory and injunctive relief; b.) promotion to the GS-1811-14 SSA position retroactive to April 6, 2006, with corresponding backpay and benefits; c.) compensatory damages in the maximum amount allowed by law; d.) record correction; and e.) an award of her attorneys' fees and costs.

**Parties, Jurisdiction and Venue**

7.) Plaintiff Sandra E. Mazzoni is a female of Hispanic race/national origin. The discrimination Ms. Mazzoni sustained as a result of defendant's actions on account of her race/national origin (Hispanic) forms the basis of this Complaint. Ms. Mazzoni is a Criminal Investigator, GS-1811-13, with the Small Business Administration, Office of Inspector General, Investigations Division, Western Regional Office, in Los Angeles, California. She resides at 7342 Cleargrove Drive, Downey, California 90240.

8.) Steven C. Preston is the Administrator for the Small Business Administration (SBA), and as such is the official who heads the SBA. The SBA is an independent agency of the federal government, whose purpose is to aid, counsel, assist, and protect the interests of small businesses concerns, to preserve free competitive enterprise, and to maintain and strengthen the overall United States economy. The SBA Office of Inspector General (OIG) is the entity within SBA that employs plaintiff and engaged in the discriminatory acts that form the basis of this Complaint. Its mission is to conduct and supervise audits, inspections, and investigations relating to SBA programs and supporting operations; to detect and prevent waste, fraud, and abuse, and to promote economy, efficiency, and effectiveness in the administration and management of SBA programs. Defendant is sued in his official capacity only.

9.) Jurisdiction of this Court is based on 28 U.S.C. § 1331 and 42 U.S.C.§ 2000e-16 (incorporating by reference 41 U.S.C. § 2000-5(c)).

10.) Venue lies here pursuant to 28 U.S.C. § 1391, and 42 U.S.C. § 2000e-16, (incorporating by reference 42 U.S.C. § 2000e-5(f)(3)), because Defendant's discriminatory act occurred in this judicial district.

**Statement of the Case**

**Background**

11.) Ms. Mazzoni joined the SBA in 1994 as a Criminal Investigator (Special Agent), GS-1811-07, with the Office of Inspector General (OIG), Investigations Division, and was assigned to the OIG Western Region in its headquarters office in Los Angeles, California. Over the past ten years, Ms. Mazzoni has been promoted in grade no fewer than four times and is currently employed as a Criminal Investigator at the GS-13 grade level.

12.) The Investigations Division is one of two operating components of the SBA OIG. The Investigations Division is headquartered in Washington, D.C., where the SBA OIG is also headquartered, and is headed by the OIG Assistant Inspector General for Investigations. The Investigations Division has four Regional Offices throughout the country, which are broken down further into field offices. The Los Angeles field office, where plaintiff is assigned, is located in and is the headquarters of the Western Region. The Western Region's other field offices are in Denver, Colorado; and Tacoma, Washington.

13.) As a Criminal Investigator, Ms. Mazzoni has been responsible for handling and investigating complex cases such as matters involving bribery of public officials, money laundering, conspiracy, loan package schemes, employee theft, and false statements. Throughout the course of her career, Ms. Mazzoni consistently earned "exceeds expectations" and "outstanding" performance ratings in her annual appraisals.

14.) In 1999, former Assistant Inspector General for Investigations Richard Smith asked Ms. Mazzoni to transfer from the Los Angeles field office to San Juan,

4

Puerto Rico, and assume primary responsibility for the development of that office. Ms. Mazzoni was the first SBA OIG agent assigned to Puerto Rico and was responsible for establishing the Puerto Rico resident office. Ms. Mazzoni accepted the transfer on the understanding that doing so would advance OIG's mission and increase her opportunities for promotion.

15.) While stationed in Puerto Rico, Ms. Mazzoni maintained regular contact with the Supervisory Agent in Charge (SAIC) of the Los Angeles field office, Daniel Sanchez, and continued to monitor her pending cases in Los Angeles, California; Phoenix, Arizona; and Reno, Nevada. During this time, Ms. Mazzoni often traveled to Los Angeles on the weekends from Puerto Rico and continued her investigative and other activities on pending cases. While Ms. Mazzoni was officially assigned to Puerto Rico, she obtained three indictments, three arrests, one million dollars in restitution, and guilty pleas for her cases that were still pending in Los Angeles.

16.) During her service in Puerto Rico from 2000 to 2004, Ms. Mazzoni served with distinction and earned "exceeds expectations" performance ratings in her annual performance appraisals. Ms. Mazzoni served as the point of contact for all federal and local law enforcement agencies, the U.S. Attorneys' Offices for Puerto Rico and the U.S. Virgin Islands, and SBA employees in the Puerto Rico and Virgin Island district offices on temporary duty in Puerto Rico. Ms. Mazzoni was the single point of contact and established the SBA OIG office in the region.

17.) Prior to Ms. Mazzoni's service in Puerto Rico, there had few if any successful prosecutions of significant SBA cases in the Puerto Rico and the U.S. Virgin Islands. Ms. Mazzoni enhanced OIG's performance while assigned to Puerto Rico by,

5

among other matters, obtaining the indictment of a high profile SBA public official, who was eventually convicted of bribery; as well as several other indictments and precedent setting convictions. She earned "outstanding" and "exceeds expectations" ratings in her annual performance reviews, and she received letters of commendation from the U.S. Attorney's Office. In 2006, she also earned the Award for Excellence from the United States President's Council on Integrity and Efficiency for her work in a law enforcement task force in Puerto Rico.

18.) In October of 2001, Ms. Mazzoni volunteered for and was selected to serve a two week rotation as the SBA OIG Acting Chief Inspector in the SBA Headquarters in Washington, D.C. Ms. Mazzoni was part of a joint terrorism task force with the Federal Bureau of Investigation and other federal law enforcement agencies. Ms. Mazzoni's service on this prestigious detail was highly successful and she received an appreciation certification for her work on the taskforce from SBA.

19.) Ms. Mazzoni was assigned to the SBA OIG office in Puerto Rico from September 2000 to July 2004, at which point she was formally reassigned to the Los Angeles Field Office in the Western Region. During this period, specifically July 2004 until December 2004, Ms. Mazzoni worked in both the Los Angeles field office and the Puerto Rico field office in order to complete pending cases in Puerto Rico, and to resume her casework and begin new casework in Los Angeles. Even after being reassigned to Los Angeles, Ms. Mazzoni curtailed her maternity leave in order to assist with two successful prosecutions in the U.S. Virgin Island and Puerto Rico.

20.) Upon being reassigned to Los Angeles, Ms. Mazzoni again came under the immediate supervision of the Special Agent In Charge (SAIC) of the SBA OIG

6

Western Region, Daniel Sanchez. As SAIC of the Western Region, Mr. Sanchez also served as the first line supervisor to the Criminal Investigators in the other field offices in the Region in Denver, Colorado, and Tacoma, Washington.

21.) Ms. Mazzoni often served as the Acting SAIC at Mr. Sanchez's request and attended OIG meetings on behalf of SAIC Sanchez, in addition to handing her daily responsibilities, including her case investigations.

22.) Until she initiated the administrative complaint process in 2006, Ms. Mazzoni was the only female Hispanic Special Agent in SBA OIG. There are only two male Hispanic agents in SBA OIG, of whom Mr. Sanchez is one.

23.) SBA OIG did not employ any Hispanic female Criminal Investigators in supervisory positions when Ms. Mazzoni filed her administrative complaint of discrimination and still does not.

### Non-Selection As Senior Special Agent (SSA) GS-1811-14

24.) On or around March 19, 2006, Ms. Mazzoni applied for the position of Criminal Investigator (Senior Special Agent) (SSA), GS-1811-14, under Small Business Administration, Office of Inspector General Vacancy 06-4113-13. Among other duties, the SSA in the Los Angeles is responsible for the coordination and execution of difficult and complex investigations of alleged and suspected violations of federal criminal statutes or regulations, as well as serving as a source of advice and direction for other investigators on difficult technical aspects of their cases. The SSA also confers with, assists, and advises the Region's SAIC and/or the OIG Assistant Inspector General for Investigations, and other OIG staff members on the planning and developing of

7

investigative policies, programs, standards, requirements, methods, procedures, and techniques.

25.) SBA OIG Western Region Special Agent in Charge (SAIC) Daniel Sanchez was the selecting official for the foregoing SSA position as designated by SBA OIG Human Resources and OIG Assistant Inspector General for Investigations (AIGI) Daniel O'Rourke.

26.) Mr. Sanchez received the best qualified list from the OIG Human Resources Department. The list contained the names of three individuals: Ms. Mazzoni, a Hispanic female; Kari Overson, a Caucasian female Criminal Investigator assigned to the SBA OIG office in Tacoma, Washington; and Troy Spitler, a Caucasian male Criminal Investigator assigned to the SBA OIG office in Denver, Colorado.

27.) As the Western Region SAIC, Mr. Sanchez was the first line supervisor for all of the candidates that were referred to him. Mr. Sanchez's experience supervising each of the candidates gave him great familiarity with each candidate's performance and aptitude for promotion. As the selecting official, Mr. Sanchez received and closely reviewed candidates' application packages, as well as candidates' written responses about their Knowledge, Skills, and Abilities for the position, and evaluated the applications.

28.) On or about March 31, 2006, interviews were conducted of these three candidates jointly by Mr. Sanchez and Mr. O'Rourke. Mr. Sanchez interviewed the candidates personally; Mr. O'Rourke participated by telephone from OIG headquarters in Washington, D.C.

29.) After interviewing Ms. Mazzoni, Ms. Overson, and Mr. Spitler, Mr. Sanchez concluded that Ms. Mazzoni was the best qualified candidate. Her work

8

performance was superior to the other candidates' and she had had demonstrated a commitment to SBA's mission by having transferred to Puerto Rico and performed there successfully. Mr. Sanchez, who had worked directly with all three candidates, also determined that Ms. Mazzoni would be the best suited to work with him as the SAIC of the Western Region.

30.) Ms. Mazzoni's investigative portfolio was substantially more accomplished than both of her competitors', including Ms. Overson's. Ms. Mazzoni produced a significantly higher number of indictments and arrests than Ms. Overson, and Ms. Mazzoni's cases were more complex than Ms. Overson's.

31.) On or about March 31, 2006, Mr. Sanchez selected Ms. Mazzoni and recorded that he had done so on the Competitive Eligible SBA Form 422.

32.) However, when Mr. Sanchez advised Mr. O'Rourke that he had selected Ms. Mazzoni, Mr. O'Rourke advised Mr. Sanchez that would not approve Mr. Sanchez's selection and that he preferred Ms. Overson. Mr. O'Rourke did so despite the fact that he had not worked directly with either candidate, nor reviewed their application packages closely.

33.) Without relieving Mr. Sanchez of his role as selecting official, Mr. O'Rourke asked Mr. Sanchez to reconsider the candidates.

34.) After doing so, Mr. Sanchez again advised Mr. O'Rourke that Ms. Mazzoni was the better qualified candidate and remained his selection for the SSA position.

35.) Mr. O'Rourke responded by informing Mr. Sanchez that he was overruling Mr. Sanchez's selection and directing Mr. Sanchez to select Ms. Overson for

the SSA position. Mr. O'Rourke directed Mr. Sanchez to take this discriminatory action from his assigned duty station in OIG Headquarters in Washington, D.C.

36.) On or about April 7, 2006, Mr. Sanchez completed a second Competitive Eligibility SBA Form 422 identifying Ms. Overson as the selectee and noting his selection had been overruled by Mr. O'Rourke and Peter McClintock, Deputy Inspector General of Investigations, both of whom are stationed in OIG Headquarters in Washington, D.C.

### Exhaustion of Administrative Remedies

37.) On or about May 1, 2006, Plaintiff timely initiated the administrative discrimination complaints process to challenge her non-selection, and sought the promotion to the GS-1811-14, Senior Special Agent position among other remedies. She timely filed a formal complaint of discrimination on or before August 22, 2006.

38.) On September 28, 2007, Defendant issued a Final Agency Decision in which it found against Plaintiff's administrative complaint of discrimination.

39.) Plaintiff exhausted the administrative remedies available to her and timely initiated this action in less than 90 days of her receipt of the SBA's Final Agency Decision.

### COUNT I
### (Race/National Origin Discrimination)

40.) Plaintiff repeats the allegations contained in paragraphs 1 through 39 as though fully set forth here.

41.) Plaintiff is Hispanic by race/national origin.

42.) On or about March 7, 2006 Defendant issued Small Business Administration, Office of Inspector General Vacancy Announcement 06-4113-13 to

10

solicit applicants for the position of Criminal Investigator (Senior Special Agent), GS-1811-14.

43.) Plaintiff timely applied for Small Business Administration, Office of Inspector General, Vacancy Announcement 06-4113-13.

44.) Plaintiff satisfied all requirements and qualifications for Small Business Administration, Office of Inspector General, Vacancy Announcement 06-4113-13.

45.) Defendant selected Kari Overson, a Caucasian female, instead of Plaintiff, a Hispanic female, under Small Business Administration, Office of Inspector General, Vacancy Announcement 06-4113-13.

46.) Plaintiff was better qualified than Ms. Overson to serve as the Criminal Investigator (Senior Special Agent); was considered the best qualified candidate by selecting official, SAIC Daniel Sanchez; and, in comparison to Ms. Overson, possessed more SBA law enforcement experience; had a significantly better law enforcement portfolio and obtained more indictments and arrests; and had more experience, exposure, and more familiarity with the Los Angeles area, local law enforcement officials, and the Los Angeles field office in the Western Region.

47.) In not selecting Plaintiff under Small Business Administration, Office of Inspector General, Vacancy Announcement 06-4113-13, Defendant subjected Plaintiff to adverse employment action and otherwise materially and adversely altered the terms, conditions, and privileges of Plaintiff's employment and her future employment opportunities, both within and outside of the Small Business Administration.

48.)    Defendant discriminated against Plaintiff on account of her race/national origin, which is Hispanic, in not selecting her as the Senior Special Agent under Small Business Administration, Office of Inspector General, Vacancy 06-4113-13.

49.)    Defendant violated Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. § 2000e-16 (incorporating by reference 42 U.S.C. § 2000e-2), in not selecting Plaintiff as Senior Special Agent under Small Business Administration, Office of Inspector General, Vacancy 06-4113-13.

50.)    Defendant's violation of Plaintiff's civil rights caused her to suffer emotional pain, embarrassment, humiliation, mental anguish, inconvenience, and loss of enjoyment of life.

**PRAYER FOR RELIEF**

Wherefore, Plaintiff Sandra E. Mazzoni respectfully requests that the Court enter judgment in their favor and award them the following relief:

A.) An order declaring that Defendant violated Plaintiff's civil rights under Title VII of the Civil Rights Act of 1964, as amended 42 U.S.C. 2000e-16, and enjoining further discrimination against her;

B.) An order promoting Plaintiff to the position of Criminal Investigator (Senior Special Agent) at the GS-1811-14 grade level, with commensurate backpay and benefits, retroactive to April 6, 2006;

C.) Compensatory damages in the amount to be determined at trial not less than the maximum allowed by law to compensate plaintiff for the emotional pain, embarrassment, humiliation, mental anguish, inconvenience, career loss, loss of future career opportunities, loss of professional reputation, and loss of enjoyment of life cause by Defendant;

D.) Post- judgment interest;

E.) Attorneys' fees and costs;

F.) Such other relief that may be just and appropriate.

## Jury Demand

Plaintiff requests a trial by jury of all issues so triable.

                                  Respectfully submitted,

                                  _____//s//_____
                                  Robert C. Seldon, Esq.
                                   D.C. Bar No. 245100

                                  _____//s//_____
                                  Jennifer R. Amore, Esq.
                                   D.C. Bar No. 975907

                                  Robert C. Seldon & Associates, P.C.
                                  1319 F Street, N.W.
                                  Suite 200
                                  Washington, D.C.  20004
                                  Telephone: (202) 393-8200

                                  Counsel for Plaintiff

| **I (a) PLAINTIFFS** | **DEFENDANTS** |
|---|---|
| **(b)** COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF<br>**(EXCEPT IN U.S. PLAINTIFF CASES)** | COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT<br>**(IN U.S. PLAINTIFF CASES ONLY)**<br>NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED |
| **(c)** ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER) | ATTORNEYS (IF KNOWN) |

**II. BASIS OF JURISDICTION**
(PLACE AN x IN ONE BOX ONLY)

1  U.S. Government Plaintiff

2  U.S. Government Defendant

3  Federal Question
   (U.S. Government Not a Party)

4  Diversity
   (Indicate Citizenship of Parties in item III)

**III CITIZENSHIP OF PRINCIPAL PARTIES** (PLACE AN x IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) **FOR DIVERSITY CASES ONLY!**

|  | PTF | DFT |  | PTF | DFT |
|---|---|---|---|---|---|
| Citizen of this State | 1 | 1 | Incorporated or Principal Place of Business in This State | 4 | 4 |
| Citizen of Another State | 2 | 2 | Incorporated and Principal Place of Business in Another State | 5 | 5 |
| Citizen or Subject of a Foreign Country | 3 | 3 | Foreign Nation | 6 | 6 |

### IV. CASE ASSIGNMENT AND NATURE OF SUIT
(Place a X in one category, A-N, that best represents your cause of action and <u>one</u> in a corresponding Nature of Suit)

| **A.** *Antitrust* | **B.** *Personal Injury/ Malpractice* | **C.** *Administrative Agency Review* | **D.** *Temporary Restraining Order/Preliminary Injunction* |
|---|---|---|---|
| 410 Antitrust | 310 Airplane<br>315 Airplane Product Liability<br>320 Assault, Libel & Slander<br>330 Federal Employers Liability<br>340 Marine<br>345 Marine Product Liability<br>350 Motor Vehicle<br>355 Motor Vehicle Product Liability<br>360 Other Personal Injury<br>362 Medical Malpractice<br>365 Product Liability<br>368 Asbestos Product Liability | 151 Medicare Act<br><br>**Social Security:**<br>861 HIA ((1395ff)<br>862 Black Lung (923)<br>863 DIWC/DIWW (405(g)<br>864 SSID Title XVI<br>865 RSI (405(g)<br>**Other Statutes**<br>891 Agricultural Acts<br>892 Economic Stabilization Act<br>893 Environmental Matters<br>894 Energy Allocation Act<br>890 Other Statutory Actions (If Administrative Agency is Involved) | Any nature of suit from any category may be selected for this category of case assignment.<br><br>*(If Antitrust, then A governs)* |

| **E.** *General Civil (Other)* | | **OR** | **F.** *Pro Se General Civil* | |
|---|---|---|---|---|
| **Real Property**<br>210 Land Condemnation<br>220 Foreclosure<br>230 Rent, Lease & Ejectment<br>240 Torts to Land<br>245 Tort Product Liability<br>290 All Other Real Property<br><br>**Personal Property**<br>370 Other Fraud<br>371 Truth in Lending<br>380 Other Personal Property Damage<br>385 Property Damage Product Liability | **Bankruptcy**<br>422 Appeal 28 USC 158<br>423 Withdrawal 28 USC 157<br><br>**Prisoner Petitions**<br>535 Death Penalty<br>540 Mandamus & Other<br>550 Civil Rights<br>555 Prison Condition<br><br>**Property Rights**<br>820 Copyrights<br>830 Patent<br>840 Trademark<br><br>**Federal Tax Suits**<br>870 Taxes (US plaintiff or defendant<br>871 IRS-Third Party 26 USC 7609 | | **Forfeiture/Penalty**<br>610 Agriculture<br>620 Other Food &Drug<br>625 Drug Related Seizure of Property 21 USC 881<br>630 Liquor Laws<br>640 RR & Truck<br>650 Airline Regs<br>660 Occupational Safety/Health<br>690 Other<br><br>**Other Statutes**<br>400 State Reapportionment<br>430 Banks & Banking<br>450 Commerce/ICC Rates/etc.<br>460 Deportation | 470 Racketeer Influenced & Corrupt Organizations<br>480 Consumer Credit<br>490 Cable/Satellite TV<br>810 Selective Service<br>850 Securities/Commodities/ Exchange<br>875 Customer Challenge 12 USC 3410<br>900 Appeal of fee determination under equal access to Justice<br>950 Constitutionality of State Statutes<br>890 Other Statutory Actions (if not administrative agency review or Privacy Act |

| G. *Habeas Corpus/ 2255*                                        | H. *Employment Discrimination*                                                                                                                                                       | I. *FOIA/PRIVACY ACT*                                                                              | J. *Student Loan*                                                       |
| --------------------------------------------------------------- | ------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------ | -------------------------------------------------------------------------------------------------- | ----------------------------------------------------------------------- |
| 530 Habeas Corpus-General<br>510 Motion/Vacate Sentence         | 442 Civil Rights-Employment<br>(criteria: race, gender/sex,<br>national origin,<br>discrimination, disability<br>age, religion, retaliation)<br><br>*(If pro se, select this deck)*  | 895 Freedom of Information Act<br>890 Other Statutory Actions<br>(if Privacy Act)<br><br>*(If pro se, select this deck)* | 152 Recovery of Defaulted<br>Student Loans<br>(excluding veterans)     |

| K. *Labor/ERISA (non-employment)*                                                                                                                                                         | L. *Other Civil Rights (non-employment)*                                                                                                                                                  | M. *Contract*                                                                                                                                                                                                                                                          | N. *Three-Judge Court*                                         |
| ----------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------- | ----------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------- | ---------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------- | -------------------------------------------------------------- |
| 710 Fair Labor Standards Act<br>720 Labor/Mgmt. Relations<br>730 Labor/Mgmt. Reporting &<br>  Disclosure Act<br>740 Labor Railway Act<br>790 Other Labor Litigation<br>791 Empl. Ret. Inc. Security Act | 441 Voting (if not Voting Rights<br>  Act)<br>443 Housing/Accommodations<br>444 Welfare<br>440 Other Civil Rights<br>445 American w/Disabilities-<br>  Employment<br>446 Americans w/Disabilities-<br>  Other | 110 Insurance<br>120 Marine<br>130 Miller Act<br>140 Negotiable Instrument<br>150 Recovery of Overpayment &<br>  Enforcement of Judgment<br>153 Recovery of Overpayment of<br>  Veteran's Benefits<br>160 Stockholder's Suits<br>190 Other Contracts<br>195 Contract Product Liability<br>196 Franchise | 441 Civil Rights-Voting<br>(if Voting Rights Act) |

**V. ORIGIN**

- 1 Original Proceeding
- 2 Removed from State Court
- 3 Remanded from Appellate Court
- 4 Reinstated or Reopened
- 5 Transferred from another district (specify)
- 6 Multi district Litigation
- 7 Appeal to District Judge from Mag. Judge

**VI. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.)

**VII. REQUESTED IN COMPLAINT**    CHECK IF THIS IS A **CLASS ACTION** UNDER F.R.C.P. 23    **DEMAND $**    Check YES only if demanded in complaint
**JURY DEMAND:**    YES    NO

**VIII. RELATED CASE(S) IF ANY**    (See instruction)    **YES**    **NO**    If yes, please complete related case form.

**DATE**            **SIGNATURE OF ATTORNEY OF RECORD**

---

### INSTRUCTIONS FOR COMPLETING CIVIL COVER SHEET JS-44
Authority for Civil Cover Sheet

The **JS-44** civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. Listed below are tips for completing the civil cover sheet. These tips coincide with the Roman Numerals on the Cover Sheet.

I. COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF/DEFENDANT (b) County of residence: Use 11001 to indicate plaintiff is resident of Washington, D.C.; 88888 if plaintiff is resident of the United States but not of Washington, D.C., and 99999 if plaintiff is outside the United States.

III. CITIZENSHIP OF PRINCIPAL PARTIES: This section is completed only if diversity of citizenship was selected as the Basis of Jurisdiction under Section II.

IV. CASE ASSIGNMENT AND NATURE OF SUIT: The assignment of a judge to your case will depend on the category you select that best represents the primary cause of action found in your complaint. You may select only one category. You must also select one corresponding nature of suit found under the category of case.

VI. CAUSE OF ACTION: Cite the US Civil Statute under which you are filing and write a brief statement of the primary cause.

VIII. RELATED CASES, IF ANY: If you indicated that there is a related case, you must complete a related case form, which may be obtained from the Clerk's Office.

Because of the need for accurate and complete information, you should ensure the accuracy of the information provided prior to signing the form.