IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| SANDRA E. MAZZONI,<br>7342 Cleargrove Drive<br>Downey, CA 90240<br><br>    Plaintiff,<br><br>  v.<br><br>STEVEN C. PRESTON,<br>Administrator,<br>Small Business Administration<br>Washington, D.C.<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No. 07-2322 (EGS)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**NOTICE OF APPEARANCE**

The Clerk of the Court will please enter the appearance of Diane M. Sullivan, Assistant U.S. Attorney, as counsel of record for the defendant in the above-captioned case.

　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　___/s/_____
　　　　　　　　　　　　　　　DIANE M. SULLIVAN, D.C. Bar #12765
　　　　　　　　　　　　　　　Assistant United States Attorney
　　　　　　　　　　　　　　　555 Fourth Street, N.W.
　　　　　　　　　　　　　　　Room E4919
　　　　　　　　　　　　　　　Washington, D.C.  20530
　　　　　　　　　　　　　　　(202)514-7205