AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Sandra E. Mazzoni

**SUMMONS IN A CIVIL CASE**

V.

Steven C. Preston,
 Administrator,
 Small Business Administration

CASE   Case: 1:07-cv-02322
Assigned To : Sullivan, Emmet G.
Assign. Date : 12/27/2007
Description: Employ. Discrim.

TO: (Name and address of Defendant)

Office of the U.S. Attorney for the District of Columbia
Civil Division
501 Third Street, N.W.
Fourth Floor
Washington, D.C. 20530

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Robert C. Seldon, Esq.
Jennifer R. Amore, Esq.
1319 F Street, NW, Suite 200
Washington, DC 20004

an answer to the complaint which is served on you with this summons, within _____60_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON        DEC 27 2007
_____  _____
CLERK                          DATE

(By) DEPUTY CLERK

U.S. DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

Sandra E. Mazzoni

vs.

Steven C. Preston, Administrator, Small Business Administration

No. 1:07-CV-02322 EGS

**AFFIDAVIT OF SERVICE**

to wit: Washington, DC

I, WESLEY JENNINGS, having been duly authorized to make service of the Summons, Complaint, Notice Of Right To Consent To Trial Before A United States Magistrate Judge and Initial Electronic Case Filing Order in the above entitled case, hereby depose and say:

That my date of birth / age is 03-01-1980.

That my place of business is 1827 18th Street, N.W., Washington, D.C. 20009 (202) 667-0050.

That service was made by a private process server.

That I am not a party to or otherwise interested in this suit.

That at 1:52 pm on December 28, 2007, I served Office of the U.S. Attorney for the District of Columbia at Civil Division, 501 3rd Street, NW, 4th Floor, Washington, DC 20530 by serving Gary Nails, Docket Clerk, authorized to accept. Described herein:

```
SEX-     MALE
AGE-     34
HEIGHT-  5'8"
HAIR-    BLACK
WEIGHT-  160
RACE-    BLACK
```

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Affidavit of Service is true and correct.

Executed on  12-31-07
               Date

WESLEY JENNINGS
1827 18th Street, NW
Washington, DC 20009
Our File#- 199364