UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| SANDRA E. MAZZONI, | ) |
| Plaintiff, | ) |
| v. | ) C.A. No.: 07-2322 (EGS) |
| STEVEN C. PRESTON, Administrator, Small Business Administration | ) |
| Defendant. | ) |

## JOINT LOCAL RULE 16.3 REPORT

The parties having conferred by telephone, hereby provide this Report to the Court, in accordance with Local Rule 16.3(d).

Plaintiff's Statement of the Case:  This case arises under Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. §2000e-16, and seeks remedy for Defendant's discrimination (race/national origin) against Plaintiff, Sandra E. Mazzoni.  Defendant discriminated against Plaintiff by failing to select her for the Criminal Investigator (Senior Special Agent), GS-1811-14 position, thereby altering the terms, conditions, and privileges of employment and Plaintiff's future employment opportunities.

Defendant's Statement of the Case: The defendant denies that plaintiff was the victim of discrimination when she was not selected for the GS-14 Criminal Investigator position or that she is entitled to any remedy.

In addition, pursuant to Local Rule 16.3(d), the parties state the following:

1

1.      <u>Dispositive Motions</u>:  There are no pending motions at this time.  Plaintiff takes the position that this case is unlikely to be resolved by dispositive motion.  Defendant anticipates filing a motion for summary judgment.  The parties propose that any motion for summary judgment shall be filed within forty-five (45) days after the close of discovery; that the responding party shall also have forty-five (45) days to file an Opposition; and that thirty (30) days should be allowed for any Reply.

2.      <u>Joinder of Parties/Amendment of Complaint/Narrowing of Issues</u>:  The parties do not anticipate that any additional parties will be joined or that the pleadings will be amended.  The parties do not believe that the issues in the case can be further narrowed prior to discovery or trial.

3.      <u>Magistrate</u>:  The parties consent to referral of the case to a Magistrate Judge for settlement purposes and/or discovery disputes.

4.      <u>Possibility of Settlement/ADR</u>:  Plaintiff is amendable to engaging in settlement talks at any time.  Defendant takes the position that ADR would be useful at the close of discovery.

5.      <u>Initial Disclosures</u>:  The parties request that initial disclosures be made approximately forty-five (45) days after the Court issues the Initial Scheduling Order.

6.      <u>Discovery</u>:  The parties submit that discovery should begin on June 23, 2008 and end on November 24, 2008 (five months.)  It is understood that one or both parties may seek leave from the Court to increase these limits at a future time.

The parties agree that there should be no limitations on discovery procedures or numbers except as provided by the Federal Rules of Civil Procedure, absent agreement of the parties or

Order of the Court.  Counsel for the parties will attempt in good faith to resolve any issues with discovery in the first instance.

7. <u>Experts</u>:  The parties submit that the proponent of an expert witness shall make its expert disclosures on October 3, 2008, and that any rebuttal experts shall be disclosed within forty-five (45) days after the disclosure made by the other party.

8. <u>Class Action</u>:  Not applicable in this matter.

9. <u>Bifurcation</u>:  Not applicable in this matter.

10. <u>Pretrial Conference</u>:  The parties agree that a status conference should be scheduled, at the Court's convenience, after the close of discovery.  Both parties take the position that a pretrial conference should be scheduled, at the Court's convenience, after the Court has resolved all dispositive motions.

11. <u>Trial Date</u>:  The parties agree that a firm trial date should be set when the Court convenes a post-discovery status conference.

12. <u>Other matters</u>:  Not applicable in this matter.

Respectfully submitted,

_____/s/_____  
Robert C. Seldon, Bar No. 245100

_____/s/_____  
Jeffrey A. Taylor, Bar No. 468610  
United States Attorney

_____/s/_____  
Jennifer R. Amore, Bar No. 975907

_____/s/_____  
Rudolph Contreras, Bar No. 434122

3

Robert C. Seldon & Associates, P.C.
1319 F Street, NW, Ste. 200
Washington D.C. 20004
202.393.8200

Counsel for Plaintiff

_____/s/_____
Diane Sullivan, Bar No. 12765
Assistant United States Attorney
555 Fourth Street, N.W.
Civil Division
Washington, D.C. 20530
202.514.7205

Counsel for Defendant

Dated:  April 10, 2008

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SANDRA E. MAZZONI, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No.: 07-2322 (EGS) |
| ) | |
| STEVEN C. PRESTON, ) | |
|   Administrator, ) | |
|   Small Business Administration ) | |
| ) | |
| Defendant. ) | |
| ) | |

## SCHEDULING ORDER

The Court, having received and reviewed the parties' Joint Report to the Court, filed pursuant to Local Civil Rule 16.3, hereby orders as follows:

1)      The parties will make initial disclosures approximately forty-five (45) days after the Court issues the Initial Scheduling Order.

2)      Discovery shall commence on June 23, 2008, and shall conclude in November 24, 2008.

3)      The proponent of an expert witness will make disclosures on October 3, 2008 and any rebuttal experts shall be disclosed by November 17, 2008.  Thereafter, promptly following the close of discovery, the parties will decide on a mutually agreeable time to conduct expert depositions.

3)      In all other respects, the parties shall be governed by the provisions of the Federal Rules of Civil Procedure and the Local Rules of this Court pertaining to the

conduct of discovery. On a showing of good cause, either party may apply to the Court for permission to exceed the foregoing limits.

      4)      Dispositive motions, if any, shall be filed by January 7, 2009; oppositions are due by February 23, 2009; and replies, if any, are due by March 25, 2009.

      5)      A status hearing shall be held on _____, 2009.

Date: _____

                                            _____
                                            United States District Judge