REFERRAL TO MAGISTRATE JUDGE

CATEGORY:

Co 299 (Revised-DC 03/00)

| CAUSE OF ACTION: TYPE H |||||
|---|---|---|---|---|
| CASE NO:<br>07-2322 | DATE REFERRED:<br>5/21/08<br><br>DISPOSITION DATE: | PURPOSE:<br>SETTLEMENT | JUDGE:<br>EMMET G. SULLIVN | MAG. JUDGE<br>ALAN KAY |
| PLAINTIFF(S):<br>SANDRA MAZZONI |  | DEFENDANT(S):<br>STEVEN PRESTON |||
| ENTRIES: |||||